FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2004 OCT 13  AM 7: 45

LORETTA G. WHYTE
CLERK

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

KAREN A. MARINO                                    CIVIL ACTION

VERSUS                                             NO.  04-201

DILLARD'S DEPARTMENT                               SECTION "S" (5)
STORES, INC.

### ORDER

IT IS ORDERED that defendant Dillard's, Inc.'s motion to stay pending appeal

(Document 16) is GRANTED.  *See May v. Higbee Co.*, 372 F.3d 757 (5th Cir. 2003) (holding

that there is a "general, congressionally mandated rule that anti-arbitration decisions are

immediately appealable").

New Orleans, Louisiana this *12* day of October, 2004.

Mary Ann Vial Lemmon
United States District Judge

DATE OF ENTRY
OCT 1 3 2004

___ Fee_____
___ Process____
X  Dktd_____
___ CtRmDep____
___ Doc. No. 24