UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

KAREN A. MARINO                                              CIVIL ACTION

VERSUS                                                       NO. 04-201

DILLARD'S DEPARTMENT                                         SECTION "S" (5)
STORES, INC.

## ORDER AND REASONS

On July 13, 2005, the United States Court of Appeals for the Fifth Circuit reversed this court's denial of the Motion to Dismiss, or in the Alternative, to Stay the Proceedings and Compel Arbitration filed by defendant Dillard's, Inc. Accordingly, the parties are referred to arbitration, and this matter is hereby **STAYED** pending the outcome of arbitration of plaintiff's claims. The clerk is directed to close this matter administratively.

New Orleans, Louisiana this  25th  day of July, 2005.

Mary Ann Vial Lemmon
United States District Judge